IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JENNIE BRICKER,

        Plaintiff,                      No. 03:12-cv-01868-HU

      v.

TRI-MET,                                  ORDER

        Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge Hubel issued a Findings and Recommendation [#22] on February 28, 2013, in which he recommends dismissing this case with prejudice in its entirety.

      Plaintiff timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

1 - ORDER

I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings and Recommendation [#22] and, therefore, Defendant's motion to dismiss [#15] is granted. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 14 day of May, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER